UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------X
ASHLEY PELMAN, a child under the age of 18 years, by her mother and natural guardian, ROBERTA PELMAN, JAZLEN BRADLEY, NIASSA BRADLEY, SHAKIMA, children under the age of 18 years, by their father and natural guardian, ISRAEL BRADLEY, JULIAN TAWFIK a child under the age of 18 years, by his mother and natural guardian HAZEM TAWFIK, GREGORY RHYMES a child under the age of 18 years, by his mother and natural guardian, DOLORES CARRION, WILLIAM SCAGLIONE a child under the age of 18 years, by his mother and natural guardian, TINA SCAGLIONE, And on Behalf of all other Similarly Situated Persons,

      Plaintiffs

-v.-

MCDONALD'S CORPORATION,

      Defendant.
----------------------------------------X

02 CIV. 7821 (RWS)

Judge Sweet

Magistrate Judge Freeman

**NOTICE OF MOTION**

**SIR OR MADAM:**

  **PLEASE TAKE NOTICE** that upon the accompanying memorandum of law; the annexed Affidavit of Rita P. Raman, MD, MS, JD, CNS, MACN, sworn to on July 24, 2007, and all exhibits annexed thereto; the annexed Affidavit of Timothy P. Meyer, Ph.D., sworn to on July 26, 2007, and all exhibits annexed thereto; the annexed Affidavit of Kevin Murphy, Ph.D., sworn to on July 24, 2007, and all exhibits annexed thereto; the annexed Affirmation of Melissa A. Gabriel, dated July 26, 2007, and all exhibits annexed thereto; and upon all of the pleadings and proceedings previously had herein, the undersigned counsel of record will move this Court before the Honorable Robert Workman Sweet at Courtroom 18C of the United States Courthouse, located at 500 Pearl Street, New York, New York, 10007, on the 12th day of

September 2007, at 12:00 p.m., or as soon thereafter as counsel can be heard, for an order striking the class allegations contained in Plaintiffs' Second Amended Complaint, and denying class certification, together with such other and further relief this Court may deem just and proper.

Dated: New York, New York
July 26, 2007

                                             Respectfully submitted,

                                             WINSTON & STRAWN LLP

By: _____
                                             Thomas J. Quigley (TQ-1722)
                                             Bradley E. Lerman*
                                             Bruce R. Braun*
                                             Scott P. Glauberman*
                                             Melissa A. Gabriel (MG-3480)

                                             200 Park Avenue
                                             New York, New York 10022
                                             (212) 294-6700

(*Resident in Chicago office, not admitted in New York)

TO:    Samuel Hirsch, Esq.
         350 Fifth Avenue, Suite 2418
         New York, New York  10118

         Attorney for Plaintiffs

NY:1125661.1