UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - X

ASHLEY PELMAN, a child under the age of 18 years, by her  :
mother and natural guardian, ROBERTA PELMAN, JAZLEN
BRADLEY, NIASSA BRADLEY, SHAKIMA, children under :
the age of 18 years, by their father and natural guardian,        02 CIV. 7821 (RWS)
ISRAEL BRADLEY, JULIAN TAWFIK a child under the age :
of 18 years, by his mother and natural guardian HAZEM       Judge Sweet
TAWFIK, GREGORY RHYMES a child under the age of 18  :
years, by his mother and natural guardian, DOLORES          Magistrate Judge Freeman
CARRION, WILLIAM SCAGLIONE a child under the age of :
18 years, by his mother and natural guardian, TINA
SCAGLIONE, And on Behalf of all other Similarly Situated  :
Persons,

                                       :     **AFFIRMATION OF**
                 Plaintiffs            **MELISSA A. GABRIEL**

                                       :

     -v.-                                :

MCDONALD'S CORPORATION,             :

                Defendant.        :

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -X

     **MELISSA A. GABRIEL** hereby declares under penalty of perjury under the laws of the

United States of America that the foregoing is true and correct:

          1.     I am an associate with the firm of Winston & Strawn LLP, counsel to

Defendant McDonald's Corporation.  I have personal knowledge of the facts recited in this

affirmation which I submit in support of Defendants' motion to strike the class allegations and

deny class certification.

          2.     Annexed hereto are true and correct copies of the following documents:

          A.     *Pelman v. McDonald's Corp. (Pelman II)*, No 02 Civ. 7821, 2003 WL
               22052778 (S.D.N.Y. Sept. 3, 2003);

          B.     *Hooper v. HM Mane Solutions, LLC*, No. 103034/05, 2006 WL 1214818
               (Sup. Ct. N.Y. County Mar. 15, 2006)

C.   *Baron v. Pfizer*, No. 6429-04, 2006 WL 1623052 (Sup. Ct. N.Y. County May 2, 2006);

D.   Complaint in *Barber v. McDonald's, et. al.*, No. 23145-2002 (Sup. Ct. N.Y. County), filed July 24, 2002;

E.   Complaint in *Bradley v. McDonald's et. al.*, No. CV 02 3989 (E.D.N.Y.), filed July 12, 2002.

Dated:  New York, New York
        July 26, 2007

_____
Melissa A. Gabriel

NY:1125986.1