UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - X
ASHLEY PELMAN, a child under the age of 18 years, by: her mother and natural guardian, ROBERTA PELMAN, JAZLEN BRADLEY, NIASSA BRADLEY, SHAKIMA,: children under the age of 18 years, by their father and natural Guardian, ISRAEL BRADLEY, JULIAN TAWFIK a child: under the age of 18 years, by his mother and natural guardian, HAZEM TAWFIK, GREGORY RHYMES a child under the: age of 18 years, by his mother and natural guardian, DOLORES CARRION, WILLIAM SCAGLIONE a child: under the age of 18 years, by his mother and natural guardian, TINA SCAGLIONE, And on Behalf of all other Similarly: Situated Persons,

02 CIV. 7821

:
                Plaintiffs
:

    -v.-
:

MCDONALD'S CORPORATION,
:
                Defendant.
:
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - X

## STIPULATION OF DISMISSAL

Pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, Plaintiffs and Defendant hereby stipulate that each Plaintiff hereby voluntarily dismisses with prejudice each claim asserted in this action.

| | |
|---|---|
| SAMUEL HIRSCH & ASSOCIATES, P.C. | WINSTON & STRAWN LLP |
| /s/ Samuel Hirsch_____ | /s/ Bruce R. Braun_____ |
| By: Samuel Hirsch | By: Bruce R. Braun |
| 350 Fifth Avenue Suite 5949 | 200 Park Avenue |
| New York, New York 10118 | New York, New York 10166 |
| *Attorneys for Plaintiffs* | *Attorneys for Defendants McDonald's Corporation* |